■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SMILEY, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— MEMORANDUM BY THE COURT. Appeal from a judgment of the Supreme Court at Special Term, entered April 12, 1969 in Clinton County, which denied, without a hearing, a petition for a writ of habeas corpus. Judgment affirmed, without costs. (See *People ex rel. Dunn* v. *McMann,* 23 A D 2d 510; *People ex rel. Gantz* v. *Herold,* 24 A D 2d 776, mot. for lv. to app. den. 17 N Y 2d 420; *People ex rel. Hale* v. *McMann,* 28 A D 2d 1013, mot. for lv. to app. den. 21 N Y 2d 641.) Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur in memorandum by the court.